IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JASON CARBERRY, CO-GUARDIAN
OF THE PERSON, RUSTIN
CARBERRY, WARD,

     Appellant,

v.

     Case No. 5D22-688
     LT Case No. 2017-GA-1457

MYA ROBINSON, CO-GUARDIAN OF
THE PERSON, RUSTIN CARBERRY,
WARD,

     Appellee.
_____/

Decision filed April 18, 2023

Appeal from the Circuit Court
for Lake County,
Cary Frank Rada, Judge.

Ernest J. Myers, of Marcus & Myers,
P.A., Orlando, for Appellant.

Shannon McLin, Thomas W. Sculco and
Robert Scavone, Jr., of Florida Appeals,
Orlando, for Appellee.

PER CURIAM.

     AFFIRMED.


LAMBERT, C.J., WALLIS and HARRIS, JJ., concur.